JALISSA WILLIAMS            SUIT NO. 624,584 A

VERSUS            FIRST JUDICIAL DISTRICT COURT

ZACHARY CARAWAY, ET AL.            CADDO PARISH, LOUISIANA

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes and appears JALISSA WILLIAMS, major domiciliary of Caddo Parish, Louisiana, who with respect represents that:

1.

Made defendants herein are:

     A.      ZACHARY CARAWAY, a nonresident who can be served at 3060 County Road 4794, Bloomburg, Texas 75556 by registered or certified mail pursuant under LSA R.S. 13:3204;

     B.      ZURICH AMERICAN INSURANCE COMPANY, a foreign insurance company that may be served through its agent for service of process: Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809;

     C.      JMS RUSSEL METALS CORP., a foreign corporation that may be served through its agent for service of process: CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, Louisiana 70816; and

     D.      RYDER TRUCK RENTAL, foreign corporation that may be served through its agent for service of process: Corporate Creations Network, Inc., 1070-B West Causeway Approach, Mandeville, LA 70471.

2.

Caddo Parish is a proper venue under La. C.C.P. art. 73 and La. R.S. 13:3203 and 13:3201.

3.

On August 27, 2019, ZACHARY CARAWAY was driving a Freightline truck with trailer (hereinafter "the Caraway vehicle") south in the outside lane of Interstate 49 in Desoto Parish, Louisiana.

4.

On August 27, 2019, JALISSA WILLIAMS was driving a Nissan vehicle (hereinafter "the Williams vehicle") directly behind the Caraway vehicle in the same lane.

5.

ZACHARY CARAWAY, however, failed to secure the load on his trailer.

William Hall #547

PGS 4 EXH ___ MIN ___
CC 4 CP ___ MAIL 4 N/J ___
INDEX 5 REC ___ FAX ___
W/D DOC ___ CERT MAIL ___
SERVICE 4



$550 FILED JUL 01 2020
BREANESSIA THOMPSON
DEPUTY CLERK OF COURT
CADDO PARISH

6.

Square steel bars (piping) came loose and began falling off the Caraway vehicle, crashing into the Williams vehicle and injuring plaintiff.

7.

The square steel bars also caused damage to the front, roof and rear of the Williams vehicle.

8.

The accident was caused by ZACHARY CARAWAY in the following particulars:

A. Failing to secure the square steel bars(piping) safely;

B. Failing to insure his load was properly distributed;

C. Failing to properly inspect his vehicle (warped metal straps and chains);

D. Violating La. R.S. 32:383; and

E. Recklessly operating his vehicle.

9.

JALISSA WILLIAMS was exercising due care and caution and was free of negligence, fault, and breach of duties, and did not contribute to the cause of this accident.

10.

On August 27, 2019, the Caraway vehicle was owned by RYDER TRUCK RENTAL.

11.

A metal strap securing the load on the trailer of the Caraway vehicle had warped and lost its ability to secure the load.

12.

The defective condition of the metal strap created an unreasonable risk of harm.

13.

As the owner of the Caraway vehicle, RYDER TRUCK RENTAL shared garde and custody of the Caraway vehicle with Caraway and JMS RUSSEL METALS CORP.

14.

RYDER TRUCK RENTAL knew or should have known about the defect in its vehicle.

15.

The accident was caused by RYDER TRUCK RENTAL in the following particulars:

A. Failing to inspect its vehicle;

B. Failing to maintain its vehicle; and

C. Allowing its vehicle to carry loads with an unreasonable dangerous defect.

16.

On August 27, 2019, the Caraway vehicle was rented by JMS RUSSEL METALS CORP.

17.

On August 27, 2019, Caraway was driving the Caraway vehicle with the permission and authority of JMS RUSSEL METALS CORP.

18.

On August 27, 2019, Caraway was employed by JMS RUSSEL METALS CORP.

19.

At the time of the accident, Caraway was working in course and scope of his employment by JMS RUSSEL METALS CORP.

20.

JMS RUSSEL METALS CORP. is vicariously liable for the negligent acts and the damages caused by ZACHARY CARAWAY under La. C.C. art. 2320 and the doctrine of *respondeat superior*.

21.

As a result of this accident, JALISSA WILLIAMS sustained serious, painful, and permanent bodily injuries. She required medical treatment and continues to require additional treatment.

22.

JALISSA WILLIAMS itemizes her damages as follows:

    A. Past, present, and future medical expenses;

    B. Past, present, and future physical pain and suffering;

    C. Past, present, and future mental pain and anguish;

    D. Permanent injuries and disability;

    E. Loss of wages and economic opportunity;

    F. Loss of enjoyment of life; and

    G. Property damage including deductible.

23.

On August 27, 2019, ZURICH AMERICAN INSURANCE COMPANY issued and had in full force and effect a policy of public liability insurance covering the Caraway vehicle, ZACHARY CARAWAY, and JMS RUSSEL METALS CORP. and provided coverage for these damages.

WHEREFORE, plaintiff prays that this petition be served on defendants in accordance with law, that they be required to answer same, and that after all legal delays and due proceedings are had herein, there be judgment in favor of plaintiff, and against all defendants, jointly, severally, and in solido, for damages reasonable under the premises, together with interest at the legal rate from the date of judicial demand until paid in full, plus all costs of these proceedings.

Respectfully submitted,

William D. Hall, # 6447
Jean-Paul Guidry, #33164
828 Shreveport Barksdale Hwy.
Shreveport, Louisiana 71105
Telephone: 318-868-1246
Attorneys for Plaintiff

**Please serve:**

1. **JMS Russel Metals Corp.**
   through its agent for service of process:
   CT Corporation System
   3867 Plaza Tower Dr.
   Baton Rouge, Louisiana 70816;

2. **Zurich American Insurance Co.**
   through its agent for service of process:
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, Louisiana 70809; and

3. **Ryder Truck Rental**
   through its agent for service of process:
   Corporate Creations Network, Inc.
   1070-B West Causeway Approach
   Mandeville, LA 70471.

4. Please return service documents so attorneys can serve **Zachary Caraway** long-arm.

breanet

CPCC.CV.1985555

# Citation

JALISSA WILLIAMS
VS
ZACHARY CARAWAY ETAL

NO. 624584- A
STATE OF LOUISIANA
PARISH OF CADDO
FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:   JMS RUSSEL METALS CORP
THRU CT CORPORATION SYSTEM
3867 PLAZA DR TOWER
BATON ROUGE, LA 70816

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date July 2, 2020.

\*Also attached are the following:            **MIKE SPENCE, CLERK OF COURT**

_____ REQUEST FOR ADMISSIONS OF FACTS

_____ INTERROGATORIES

_____ REQUEST FOR PRODUCTION OF DOCUMENTS   By: _____

_____                                                                            Deputy Clerk

                                                            _____WILLIAM HALL 547_____
                                                                               Attorney

**FILE COPY**

# Citation

JALISSA WILLIAMS
VS
ZACHARY CARAWAY ETAL

NO. 624584- A
STATE OF LOUISIANA
PARISH OF CADDO
FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:    RYDER TRUCK RENTAL
THRU CORPORATE CREATIONS NETWORK INC 1070 B
WEST CAUSEWAY
MANDEVILLE, LA 70471

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date July 2, 2020.

*Also attached are the following:
_____ REQUEST FOR ADMISSIONS OF FACTS
_____ INTERROGATORIES
_____ REQUEST FOR PRODUCTION OF DOCUMENTS
_____

**MIKE SPENCE, CLERK OF COURT**

By: _____
Deputy Clerk

_____WILLIAM HALL 547_____
Attorney

FILE COPY

breanet                                                                                          CPCC.CV.1985571

# Citation

| | |
|---|---|
| JALISSA WILLIAMS<br>VS<br>ZACHARY CARAWAY ETAL | NO. 624584– A<br>STATE OF LOUISIANA<br>PARISH OF CADDO<br>FIRST JUDICIAL DISTRICT COURT |

THE STATE OF LOUISIANA, TO:   ZURICH AMERICAN INSURANCE COMPANY
                              THRU HONORABLE SECRETARY OF STATE
                              BATON ROUGE, LA 70809

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date July 2, 2020.

*Also attached are the following:                **MIKE SPENCE, CLERK OF COURT**

_____ REQUEST FOR ADMISSIONS OF FACTS

_____ INTERROGATORIES

_____ REQUEST FOR PRODUCTION OF DOCUMENTS     By: _____

_____                                                   Deputy Clerk

                                                  _____WILLIAM HALL 547_____
                                                                 Attorney

**FILE COPY**

breanet                                                                                    CPCC.CV.1985589

# Long-Arm Citation

| | |
|---|---|
| JALISSA WILLIAMS | NO. 624584 – A |
| VS | STATE OF LOUISIANA |
| ZACHARY CARAWAY ETAL | PARISH OF CADDO |
| | FIRST JUDICIAL DISTRICT COURT |

THE STATE OF LOUISIANA, TO:    ZACHARY CARAWAY

**YOU HAVE BEEN SUED.**
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within THIRTY (30) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within THIRTY (30) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date July 2, 2020.

*Also attached are the following:                    **MIKE SPENCE, CLERK OF COURT**

\_\_\_\_\_  REQUEST FOR ADMISSIONS OF FACTS

\_\_\_\_\_  INTERROGATORIES

\_\_\_\_\_  REQUEST FOR PRODUCTION OF DOCUMENTS     By: _____

\_\_\_\_\_                                                                    Deputy Clerk

                                                                    \_\_\_\_WILLIAM HALL 547\_\_\_\_
                                                                              Attorney

**FILE COPY**

breanet                                                                                                                                         CPCC.CV.1985555

# Citation

39.36

| JALISSA WILLIAMS | NO. 624584- A |
|---|---|
| VS | STATE OF LOUISIANA |
| ZACHARY CARAWAY ETAL | PARISH OF CADDO |
| | FIRST JUDICIAL DISTRICT COURT |

THE STATE OF LOUISIANA, TO:     JMS RUSSEL METALS CORP
                                            THRU CT CORPORATION SYSTEM
                                            3867 PLAZA DR TOWER
                                            BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED.**
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date July 2, 2020.

\*Also attached are the following:                          **MIKE SPENCE, CLERK OF COURT**

\_\_\_\_\_ REQUEST FOR ADMISSIONS OF FACTS

\_\_\_\_\_ INTERROGATORIES

\_\_\_\_\_ REQUEST FOR PRODUCTION OF DOCUMENTS      By: _____
                                                                                                                 Deputy Clerk

                                                                                                           WILLIAM HALL 547
                                                                                                                     Attorney

SERVICE INFORMATION:                             Date _____

Personal \_\_\_\_\_ Domiciliary \_\_\_\_\_ to _____

Unserved \_\_\_\_\_ because _____

Remarks _____

                                                              Deputy Sheriff

Stamps / annotations:
- RECEIVED E.B.R. Sheriff Office JUL 07 2020
- I made service on the named party through the CT Corporation JUL 15 2020 ABBY SARMIENTO
- I made service by tendering a copy of this document to ☐ Jeannine Beauregard ☐ Allison Reed ☐ Brenna Beauregard JUL 15 2020 ABBY SARMIENTO Deputy Sheriff, Parish of East Baton Rouge, Louisiana
- FILED SHERIFF RETURN JUL 22 2020 MIKE SPENCE CLERK OF COURT



bre,inet          CPCC.CV.1985571

# Citation

JALISSA WILLIAMS
VS.
ZACHARY CARAWAY ETAL

NO. 624584– A
STATE OF LOUISIANA
PARISH OF CADDO
FIRST JUDICIAL DISTRICT COURT

39.36

THE STATE OF LOUISIANA, TO:    ZURICH AMERICAN INSURANCE COMPANY
THRU HONORABLE SECRETARY OF STATE
BATON ROUGE, LA 70809

*RECEIVED JUL 14 2020 BR Sheriff Office*

**YOU HAVE BEEN SUED.**
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date July 2, 2020.

\*Also attached are the following:
_____ REQUEST FOR ADMISSIONS OF FACTS
_____ INTERROGATORIES
_____ REQUEST FOR PRODUCTION OF DOCUMENTS

**MIKE SPENCE, CLERK OF COURT**

By: _____
             Deputy Clerk

WILLIAM HALL 547
Attorney

*I made service on the named party through the Office of the Secretary of State on JUL 15 2020 by tendering a copy of this document to KATHY DARDEN*

SERVICE INFORMATION:

Personal _____ Domiciliary _____ to _____

Unserved _____ because _____

Remarks _____

*DY. E. CUMMINS #1155 Deputy Sheriff, Parish of East Baton Rouge, Louisiana*

FILED SHERIFF RETURN
JUL 22 2020
MIKE SPENCE
CLERK OF COURT

_____
· Deputy Sheriff



| | |
|---|---|
| JALISSA WILLIAMS | SUIT NO. 624584-A |
| VERSUS | FIRST JUDICIAL DISTRICT COURT |
| ZACHARY CARAWAY, ET AL. | CADDO PARISH, LOUISIANA |

## AFFIDAVIT

BEFORE ME, the undersigned Notary Public, personally came and appeared, William D. Hall who, after being duly sworn, did depose and state that:

He sent a certified copy of the petition and the summons by registered or certified mail, after having enclosed it in an envelope properly addressed to Zachary Caraway, with sufficient postage affixed, and deposited in the United States mail on July 10, 2020.

The return receipt from the postal service of the defendant is attached to this affidavit as Exhibit A.

_____
William D. Hall

Sworn to and subscribed before me on the 22 day of July, 2020.

_____
Notary Public

```
PGS ___1___  EXH _____  MIN ___✓___
OC _____  CP _____  MAIL _____ N/J ___
INDEX _____ REC _____ FAX _____
W/D DOC _____ CERT MAIL _____
SERVICE _____
```


JEAN-PAUL GUIDRY
Notary Public
Notary ID No. 131456
Caddo Parish, Louisiana
LA Bar Roll No. 33184, Comm. for Life

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Zachary Caraway
   3060 County Rd. 4794
   Bloomburg, Texas 75556

9590 9402 5077 9092 0213 94

2. Article Number (Transfer from service label)
   7019 0700 0000 1452 7333

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

$ ___ FILED
JUL 23 2020
TORI HAYES
DEPUTY CLERK OF COURT
CADDO PARISH