UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| JALISSA WILLIAMS | * | CIVIL ACTION NO. 5:20-cv-01394 |
| VERSUS | * | JUDGE: FOOTE |
| ZACHARY CARAWAY, ET AL | * | MAGISTRATE JUDGE: HORNSBY |

## ORDER

CONSIDERING THE ABOVE AND FOREGOING Motion to Dismiss Without Prejudice;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss Without Prejudice is **GRANTED,** hereby dismissing all claims against RYDER TRUCK RENTAL, INC. d/b/a RYDER TRANSPORTATION SERVICES without prejudice, with each party to bear its own costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that JALISSA WILLIAMS expressly reserves any and all rights and claims to pursue her rights and claims against all other parties, defendants, persons, and entities, named or unnamed in this lawsuit.

Shreveport, Caddo Parish, Louisiana, this 12th day of October, 2021.

_____
U.S. MAGISTRATE JUDGE

3